IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINERVA VALENTÍN NEGRÓN,

    Plaintiff,

    v.     CIVIL NO.: 11-1860 (MEL)

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## JUDGMENT

Pursuant to the court's order granting defendant's motion for remand (Docket No. 18), the decision of the Commissioner of Social Security is hereby VACATED and the matter is REMANDED to the same for further administrative proceedings.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 31st day of May, 2012.

                                          s/Marcos E. López
                                          U.S. Magistrate Judge