IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MINERVA VALENTÍN NEGRÓN, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CIVIL NO.: 11-1860 (MEL) |

**ORDER**

On September 1, 2011, plaintiff Minerva Valentín Negrón filed a complaint against the Commissioner of Social Security ("Commissioner") pursuant to Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), requesting a review of the final decision of the Commissioner. (Docket No. 1.)

On May 30, 2012, the Commissioner filed a motion requesting that the court remand the case to the Social Security Administration's Office of Disability Adjudication and Review for further proceedings before an Administrative Law Judge, "to re-evaluate all relevant medical evidence of record, particularly treating source opinion evidence; proceed with the sequential evaluation process; assess the Plaintiff's residual functional capacity, and re-assess Plaintiff's ability to work at step five. In doing so, the ALJ will first apply the Medical-Vocational Guidelines and, if warranted, obtain vocational expert testimony." (Docket No. 17.)

Pursuant to 42 U.S.C. 405(g), the court has the power to "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the

1

Commissioner of Social Security, with or without remanding the cause for a rehearing." Given the Commissioner's voluntary request, the motion is hereby GRANTED and the case is hereby REMANDED to the Commissioner for further administrative proceedings. On remand, the Administrative Law Judge is instructed to address the considerations identified in the Commissioner's motion. (Docket No. 17.)

    IT IS SO ORDERED.

In San Juan, Puerto Rico, this 31st day of May, 2012.

                                      s/Marcos E. López
                                      U.S. Magistrate Judge